## Gottschall, Appellant v. Campbell (No. 2).

Argued Oct. 30, 1911. Appeal, No. 7, Oct. T., 1912, by plaintiff from decree of C. P. No. 2, Allegheny Co., July T., 1911, No. 614, dismissing bill in equity in case of M. H. Gottschall v. I. K. Campbell, J. Denny O'Neil and S. J. Toole, County Commissioners of Allegheny county, R. J. Cunningham, Controller of Allegheny county and George W. Foster, Treasurer of Allegheny county. Before FELL, C. J., BROWN, MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

OPINION BY MR. JUSTICE POTTER, January 2, 1912:

This case was advanced, and argued with the appeal at No. 201 October Term, 1911, Gottschall v. Campbell (No. 1) 234 Pa. 347, in which an opinion has just been filed. As the same questions are involved, that opinion applies equally to this case, and the judgment is affirmed.